# UNITED STATES DISTRICT COURT

**SOUTHERN DISTRICT OF TEXAS**
**11535 UNITED STATES COURTHOUSE**
**515 RUSK STREET**
**HOUSTON, TEXAS 77002**

**CHAMBERS OF**
**JUDGE LEE H. ROSENTHAL**

**TELEPHONE NO.**
**(713) 250-5980**



September 10, 2007

The Honorable Ortrie D. Smith
Chair
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Smith:

 I am in receipt of your letter dated August 22, 2007 regarding my calendar year 2006 filing. I have asked ███████ to review the issues you raised, and have the following response and corrected report pages:

*In Part IV (2006 Report):*

In Part IV, line 11, please find that I have changed the disclosure to reflect that I traveled to Arlington, VA on October 26-27, 2006 for the Rand Institute for Civil Justice.

*In Part VII (2006 Report):*

In Part VII, page 25, lines 2-6, I have reflected the appropriate value cdes (J-P) to reflecting the consideration paid or received for each transaction associated with "EDP I, LP"



Thank you for your consideration.

Very truly yours,

Lee H. Rosenthal
United States District Judge

| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) ROSENTHAL, LEE H | 2. Court or Organization U.S.D.C.-S.D.TX | 3. Date of Report 05/15/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br>☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address<br>515 RUSK<br>ROOM 11535<br>HOUSTON, TEXAS 77002 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. VICE PRESIDENT/SECRETARY | THE ROSENTHAL FOUNDATION |
| 2. MEMBER | UNIVERSITY OF CHICAGO LAW SCHOOL VISITING COMMITTEE |
| 3. DIRECTOR | DEPELCHIN CHILDREN'S CENTER |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUL -8 A 11: 00 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | ▓▓▓▓▓▓▓▓▓▓ BOARD OF DIRECTORS FEES | |
| 2. 2006 | ▓▓▓▓▓ BOARD OF DIRECTORS FEES | |
| 3. 2006 | ▓▓▓▓▓▓▓ | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Bar Association | 1/20-21/2006: Amelia Island, FL, Airfare & Ground Transportation |
| 2. | University of Missouri | 4/6-8/2006: Kansas City, MO, Airfare & Ground Transportation |
| 3. | Sedona Conference | 5/10-12/2006: Phoenix, AZ, Airfare & Ground Transportation |
| 4. | State Bar of Texas | 5/25-26/2006: Padre Island, TX, Hotel, Meals, Airfare & Ground Transportation |
| 5. | American Law Institute | 5/30/2006-6/1/2006: Charleston, SC, Hotel, Airfare & Ground Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H | 05/15/2007 |

6. University of Missouri — 6/29-30/2006: Kansas City, MO, Hotel, Airfare & Ground Transportation

7. University of Missouri — 9/11-12/2006: Kansas City, MO, Airfare & Ground Transportation

8. Sedona Conference — 9/14-15/2006: Chicago, IL, Airfare, Ground Transportation & misc.

9. International Bar Association — 9/21/2006: Chicago, IL, Airfare & Ground Transportation

10. Federations of Defense & Corporate Counsel — 9/28/2006: Chicago, IL, Airfare & Ground Transportation

11. Rand Institute for Civil Justice — 10/26-27/2006: Hotel, Airfare & Ground Transpostation

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2007 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| Merrill Lynch Reserves | C | int | | | close acct | 9/28 | K | | |
| Goldman Sachs Bank | A | int | K | T | open acct | 9/28 | K | | |
| Alief TX ISD 5.6% due 2/15/14 | D | int | M | T | | | | | |
| Arkansas St College 0.00% due 6/1/15 | | None | N | T | | | | | |
| Austin TX Pub Impt 4.6% due 9/1/11 | D | int | N | T | | | | | |
| Azle TX ISD 0.00% due 2/15/14 | | None | N | T | | | | | |
| Chicago Brd Ed 0.00% due 12/1/19 | | None | L | T | | | | | |
| Corpus Christi TX Ctfs Obl 5.35% due 3/1/12 | D | int | | | called | 3/1 | M | C | |
| Dallas TX 5.00% due 2/15/16 | E | int | N | T | | | | | |
| Ft. Bend TX ISD 0.00% due 8/15/15 | | None | M | T | | | | | |
| Ft. Worth TX G.O. 5.75% due 3/10/6 | A | int | | | matured | 3/1 | K | A | |
| Harris Cty, TX, 5.75% due 10/1/14 | E | int | N | T | | | | | |
| Laredo TX ISD 0.00% due 08/01/23 | | None | M | T | | | | | |
| Leander TX ISD 0.00% due 8/15/11 | | None | M | T | | | | | |
| Leander TX ISD 0.00% due 8/15/13 | | None | M | T | | | | | |
| Leander TX ISD 0.00% due 8/15/22 | | None | M | T | buy | 7/27 | M | | |
| Leander TX ISD 0.00% due 8/15/25 | | None | M | T | | | | | |
| Lewisville TX ISD 0.00% due 8/15/21 | | None | O | T | | | | | |
| Midlothian TX ISD 0.00% due 2/15/22 | | None | M | T | | | | | |
| Plano TX 5.00% due 9/1/18 | D | int | M | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 34.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2007 |

VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Royse City, TX ISD 0.00% due 8/15/25 | | None | N | T | buy | 2/15 | M | | |
| St of Washington BO 0.00% due 12/01/21 | | None | N | T | buy | 4/25 | M | | |
| Travis Co TX 4.75% due 3/1/12 | D | int | M | T | | | | | |
| TX PFA GO Super Conductor 0.00% due 4/01/09 | | None | O | T | | | | | |
| University TX Univ 4.8% due 8/15/13 | C | int | M | T | | | | | |
| Wylie, TX ISD 0.00% due 8/15/17 | | None | M | T | | | | | |
| Texas Commerce Bank-Checking | | None | J | T | | | | | |
| ABT-Common | D | div | | | partial sell | 10/26 | M | G | |
| | | | | | gift | 12/21 | M | | gift to ▓▓▓▓ foundation |
| ADViSYS-Common | | None | J | | (12) | | | | |
| ▓▓▓▓▓▓▓▓▓ | | None | J | | (10) (12) | | | | |
| AIF V Private Investors LLC | | (2) | M | U(2) | partial buy | 2/16 | K | | private placement |
| | | | | | partial sell | 2/17 | J | | private placement |
| | | | | | partial sell | 3/16 | J | | private placement |
| | | | | | partial sell | 4/4 | J | | private placement |
| | | | | | partial sell | 4/19 | J | | private placement |
| | | | | | partial sell | 5/5 | J | | private placement |
| | | | | | partial sell | 6/6 | J | | private placement |
| | | | | | partial buy | 6/8 | J | | private placement |
| | | | | | partial buy | 7/7 | J | | private placement |
| | | | | | partial sell | 11/14 | J | | private placement |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 34.

6

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2007 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | partial sell | 11/20 | J | | private placement |
| | | | | | partial sell | 12/6 | J | | private placement |
| AIF VI Private Investors LLC | | (2) | (13) | U(2) | partial buy | 5/8 | J | | private placement |
| | | | | | partial buy | 7/19 | L | | private placement |
| | | | | | partial buy | 7/27 | K | | private placement |
| | | | | | partial buy | 9/28 | K | | private placement |
| | | | | | partial buy | 10/19 | K | | private placement |
| | | | | | partial sell | 11/14 | J | | private placement |
| | | | | | partial buy | 11/30 | K | | private placement |
| Atlantic Trust Company, N.A. | A | div | J | T | open acct | 10/20 | J | | |
| Avalon Advisors, L.P. | | (2) | L | U(2) | partial sell | 3/30 | J | | private placement |
| Blackstone Acquisition Partners I, L.P. | | (2) | N | U(2) | partial sell | 1/31 | J | | private placement |
| | | | | | partial sell | 2/28 | K | | private placement |
| | | | | | partial sell | 3/31 | J | | private placement |
| | | | | | partial sell | 4/30 | J | | private placement |
| | | | | | partial sell | 5/31 | J | | private placement |
| | | | | | partial sell | 6/30 | J | | private placement |
| | | | | | partial sell | 7/31 | J | | private placement |
| | | | | | partial sell | 8/31 | J | | private placement |
| | | | | | partial sell | 9/30 | J | | private placement |
| | | | | | partial sell | 10/31 | J | | private placement |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 34.

7

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2007 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | If not exempt from disclosure | | |
| | | | | | partial sell | 11/30 | J | | private placement |
| | | | | | partial sell | 12/31 | J | | private placement |
| Blackstone Acquisition Partners II, L.P. | | (2) | M | U(2) | partial buy | 11/21 | J | | private placement |
| | | | | | partial buy | 12/11 | K | | private placement |
| | | | | | partial sell | 1/31 | J | | private placement |
| | | | | | partial sell | 2/28 | J | | private placement |
| | | | | | partial sell | 3/31 | J | | private placement |
| | | | | | partial sell | 4/30 | J | | private placement |
| | | | | | partial sell | 5/31 | J | | private placement |
| | | | | | partial sell | 6/30 | J | | private placement |
| | | | | | partial sell | 7/31 | J | | private placement |
| | | | | | partial sell | 8/31 | J | | private placement |
| | | | | | partial sell | 9/30 | J | | private placement |
| | | | | | partial sell | 10/31 | J | | private placement |
| | | | | | partial sell | 11/30 | J | | private placement |
| | | | | | partial sell | 12/31 | J | | private placement |
| Hatfield Royalty, L.P. | | (2) | M | U(2) | partial sell | 1/31 | J | | private placement |
| | | | | | partial sell | 2/28 | J | | private placement |
| | | | | | partial sell | 3/31 | J | | private placement |
| | | | | | partial sell | 4/30 | J | | private placement |
| | | | | | partial sell | 5/31 | J | | private placement |

1  Income/Gain Codes:  A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more
2  Value Codes:  J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3  Value Method Codes:  Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 34.

8

FINANCIAL DISCLOSURE REPORT (cont'd)

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | partial sell | 6/30 | J | | private placement |
| | | | | | partial sell | 7/31 | J | | private placement |
| | | | | | partial sell | 8/31 | J | | private placement |
| | | | | | partial sell | 9/30 | J | | private placement |
| | | | | | partial sell | 10/31 | J | | private placement |
| | | | | | partial sell | 11/30 | J | | private placement |
| | | | | | partial sell | 12/31 | J | | private placement |
| Blackstone Ivory Working Interests, L.L.C. | (2) | K | | U(2) | partial sell | 1/31 | J | | private placement |
| | | | | | partial sell | 2/28 | J | | private placement |
| | | | | | partial sell | 3/31 | J | | private placement |
| | | | | | partial sell | 4/30 | J | | private placement |
| | | | | | partial sell | 5/31 | J | | private placement |
| | | | | | partial sell | 6/30 | J | | private placement |
| | | | | | partial sell | 7/31 | J | | private placement |
| | | | | | partial sell | 8/31 | J | | private placement |
| | | | | | partial sell | 9/30 | J | | private placement |
| | | | | | partial sell | 10/31 | J | | private placement |
| | | | | | partial sell | 11/30 | J | | private placement |
| | | | | | partial sell | 12/31 | J | | private placement |

1  Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more
2  Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3  Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 34.

# FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2007 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| Blackstone Ivory Acquisitions Partners, L.P. | | (2) | K | U(2) | partial sell | 1/31 | J | | private placement |
| | | | | | partial sell | 2/28 | J | | private placement |
| | | | | | partial sell | 3/31 | J | | private placement |
| | | | | | partial sell | 4/30 | J | | private placement |
| | | | | | partial sell | 5/31 | J | | private placement |
| | | | | | partial sell | 6/30 | J | | private placement |
| | | | | | partial sell | 7/31 | J | | private placement |
| | | | | | partial sell | 8/31 | J | | private placement |
| | | | | | partial sell | 9/30 | J | | private placement |
| | | | | | partial sell | 10/31 | J | | private placement |
| | | | | | partial sell | 11/30 | J | | private placement |
| | | | | | partial sell | 12/31 | J | | private placement |
| Blackstone Overline Acquistion, L.P. | | (2) | L | U(2) | partial sell | 1/31 | J | | private placement |
| | | | | | partial sell | 2/28 | J | | private placement |
| | | | | | partial sell | 3/31 | J | | private placement |
| | | | | | partial sell | 4/30 | J | | private placement |
| | | | | | partial sell | 5/31 | J | | private placement |
| | | | | | partial sell | 6/30 | J | | private placement |
| | | | | | partial sell | 7/31 | J | | private placement |
| | | | | | partial sell | 8/31 | J | | private placement |

1  Income/Gain Codes:  A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2  Value Codes:  J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3  Value Method Codes:  Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 34.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2007 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp- tion) | (2) Date: Month- Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | partial sell | 9/30 | J | | private placement |
| | | | | | partial sell | 10/31 | J | | private placement |
| | | | | | partial sell | 11/30 | J | | private placement |
| | | | | | partial sell | 12/31 | J | | private placement |
| Blackstone Ivory Acquisition Partners, L.P. (direct) | G | roy/rent | (12) | V | | | | | |
| Carbon Nanotechnologies, Inc. | | None | J | U | | | | | |
| Carlyle Asia Partners II | (2) | | (13) | U(2) | buy | 6/21 | K | | private placement |
| | | | | | partial buy | 7/24 | M | | private placement |
| | | | | | partial buy | 10/25 | M | | private placement |
| | | | | | partial buy | 11/20 | L | | private placement |
| | | | | | partial buy | 12/18 | K | | private placement |
| C-Common | E | div | | | partial sell | 10/26 | N | G | |
| | | | | | partial sell | 10/31 | L | F | |
| | | | | | gift | 12/21 | N | | gift to family foundation |
| CD&R Fund VII Private Investors, LLC | (2) | | M | U(2) | partial buy | 1/19 | M | | private placement |
| | | | | | partial sell | 4/18 | J | | private placement |
| | | | | | partial sell | 7/5 | K | | private placement |
| | | | | | partial buy | 11/6 | M | | private placement |
| | | | | | partial sell | 11/30 | J | | private placement |
| CVX-Common | E | div | J | T | partial sell | 10/26 | N | G | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 34.

FINANCIAL DISCLOSURE REPORT (cont'd)

VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| Doane Pet Food Enterprises, Inc. | | None | | | escrow release | 5/16 | J | | private placement |
| | | | | | escrow release | 7/13 | J | | private placement |
| Dresser, Ltd.-Common | | None | N | U(2) | partial buy | 1/18 | K | | private placement |
| | | | | | partial buy | 4/17 | K | | private placement |
| | | | | | partial buy | 7/27 | K | | private placement |
| | | | | | partial buy | 10/20 | K | | private placement |
| ▬▬▬▬▬▬ | | None | O | (10) | | | | | |
| Emerald Marina Bay | | (2) | M | U(2) | partial sell | 4/28 | J | | private placement |
| | | | | | partial sell | 5/25 | K | | private placement |
| | | | | | partial sell | 6/20 | J | | private placement |
| | | | | | partial sell | 7/20 | J | | private placement |
| | | | | | partial sell | 8/15 | J | | private placement |
| | | | | | partial sell | 12/31 | J | | private placement |
| Emerald Cambridge | | (2) | K | U(2) | | | | | private placement |
| Emerald Marina Cove | | (2) | K | U(2) | | | | | private placement |
| Emerald Marina Shores | | (2) | M | U(2) | | | | | private placement |
| EDP I, LP | | (2) | K | U(2) | partial buy | 2/28 | J | | private placement |
| | | | | | partial sell | 3/24 | J | | private placement |
| | | | | | partial buy | 5/22 | J | | private placement |
| | | | | | partial buy | 9/28 | K | | private placement |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 34.

12

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2007 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy,sell merger, redemp- tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | partial buy | 11/16 | J | | private placement |
| Energy Capital Investors Fund, LLC | | (2) | K | U(2) | buy | 10/20 | K | | private placement |
| Exopack | | None | | | escrow release | 3/10 | J | | private placement |
| | | | | | escrow release | 3/27 | K | | private placement |
| First Reserve Fund XI, L.P. | | (2) | (13) | U(2) | buy | 12/11 | K | | private placement |
| | | | | | partial buy | 12/12 | J | | private placement |
| FNM-Common | B | div | | | sell | 4/11 | N | G | |
| Goldman Sachs Bank | D | int/div | J | T | open acct | 10/31 | K | | |
| Goldman Sachs Fairholme Holdings | | (2) | P1 | U(2) | buy | 10/31 | O | | private placement |
| Goldman Sachs Horizon Holdings | | (2) | P1 | U(2) | buy | 10/31 | P1 | | private placement |
| Goldman Sachs International Equity Holdings | | (2) | P1 | U(2) | buy | 10/31 | O | | private placement |
| GE-Common | D | div | N | T | partial sell | 10/26 | M | F | |
| Hawkins Investment Partnership | | (2) | P2 | U(2) | | | | | private placement |
| ▬▬▬▬▬▬ | A | int | | | escrow release | (2) | M | | private placement |
| ▬▬▬▬▬ | | (2) | J | U(2) | | | | | private placement |
| HMTF Europe Private Fund | | (2) | L | U(2) | partial sell | 1/6 | K | | private placement |
| | | | | | partial sell | 3/15 | L | | private placement |
| | | | | | partial sell | 6/29 | K | | private placement |
| | | | | | partial sell | 9/26 | J | | private placement |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 34.

13

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2007 |

VII.  INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| HMTF Fund IV | | (2) | K | U(2) | partial sell | 3/27 | J | | private placement |
| | | | | | partial sell | 7/7 | K | | private placement |
| | | | | | partial sell | 10/11 | K | | private placement |
| | | | | | partial sell | 10/29 | J | | private placement |
| HOS-Common | | None | | | distri | 11/30 | K | | distribution from SCF IV |
| | | | | | gift | 12/21 | K | | gift to family foundation |
| IXC-Common | D | div | O | T | | | | | |
| JNJ-Common | D | div | M | T | partial sell | 10/26 | M | G | |
| JPMorgan Chase Investment Account | X  A | int | K | T | | | | | |
| KKR 2006 Private Investors, LLC | | (2) | L | U(2) | buy | 9/25 | K | | private placement |
| | | | | | partial sell | 10/31 | J | | private placement |
| | | | | | partial buy | 11/13 | K | | private placement |
| | | | | | partial sell | 12/13 | J | | private placement |
| | | | | | partial buy | 12/19 | K | | private placement |
| | | | | | partial buy | 12/20 | J | | private placement |
| LUV-Common | A | div | | | partial sell | 4/11 | L | F | |
| | | | | | partial sell | 4/26 | M | G | |
| | | | | | gift | 12/21 | N | | gift to family foundation |
| Merrill Lynch Reserves | D | int | | | close acct | 10/31 | K | | |
| Merrill Lynch Reserves (CMA) | E | int | P1 | T | | | | | |

1  Income/Gain Codes:  A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
   H2=$5,000,001 or more
2  Value Codes:  J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
   P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3  Value Method Codes:  Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 34.

14

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2007 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| MRK-Common | D | div | | | partial sell | 4/11 | M | G | |
| | | | | | sell | 10/31 | M | G | |
| NAGC Acquisition Inc. | | None | | | merger | 12/11 | N | | exchanged to NOA |
| NOA-Common | | None | N | T | merger | 12/11 | N | | exchanged from NAGC |
| Neffis Holdings, LLC | | (2) | (13) | U(2) | | | | | |
| New AXIA Holdings, Inc. | | | | | escrow release | (2) | K | | private placement |
| OIS-Common | | None | | | partial buy | 6/30 | L | | |
| | | | | | distri | 12/8 | J | | distribution from SCF IV |
| | | | | | gift | 12/21 | N | | gift to ███ foundation |
| ██████ | | None | M | (10) | | | | | |
| ██████ | | None | M | (10) | | | | | |
| OIH-Dep Rcpt | B | div | | | partial sell | 8/14 | M | E | |
| | | | | | partial sell | 9/7 | L | D | |
| | | | | | sell | 9/25 | L | A | |
| PEP-Common | D | div | O | T | partial sell | 10/26 | M | G | |
| PFE-Common | D | div | | | partial sell | 10/26 | M | G | |
| | | | | | sell | 10/31 | M | G | |
| PG-Common | D | div | N | T | partial sell | 4/11 | M | F | |
| | | | | | partial sell | 10/26 | M | G | |
| | | | | | partial sell | 10/31 | K | E | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 34.

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee H. Rosenthal | 5/15/2007 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp- tion) | (2) Date: Month- Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Platform Partners, LLC | | (2) | M | U(2) | buy | 12/5 | M | | private placement |
| Propex | | None | J | U(2) | | | | | |
| RD-Registered | E | div | N | T | partial sell | 8/14 | L | D | |
| | | | | | partial sell | 8/21 | L | E | |
| | | | | | partial sell | 10/26 | N | G | |
| SCFIV-3i, L.P. | | (2) | M | U(2) | partial sell | 1/9 | J | | private placement |
| | | | | | partial sell | 3/8 | J | | private placement |
| | | | | | partial sell | 4/25 | M | | private placement |
| | | | | | partial sell | 5/5 | L | | private placement |
| | | | | | partial sell | 5/15 | K | | private placement |
| | | | | | partial sell | 11/30 | K | | private placement |
| | | | | | partial sell | 12/8 | J | | private placement |
| SCF-V, L.P. | | (2) | M | U(2) | partial buy | 1/18 | J | | private placement |
| | | | | | partial sell | 3/1 | K | | private placement |
| | | | | | partial buy | 4/5 | J | | private placement |
| | | | | | partial sell | 6/27 | J | | private placement |
| | | | | | partial buy | 7/13 | J | | private placement |
| | | | | | partial buy | 8/2 | J | | private placement |
| | | | | | partial sell | 11/6 | M | | private placement |

1 Income/Gain Codes:  A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
   H2=$5,000,001 or more
2 Value Codes:  J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
   P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more
3 Value Method Codes:  Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 34.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2007 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| SCF-VI, L.P. | | (2) | M | U(2) | partial buy | 1/18 | J | | private placement |
| | | | | | partial buy | 3/1 | J | | private placement |
| | | | | | partial buy | 3/16 | J | | private placement |
| | | | | | partial buy | 4/5 | J | | private placement |
| | | | | | partial buy | 7/13 | J | | private placement |
| | | | | | partial buy | 10/9 | J | | private placement |
| | | | | | partial buy | 10/17 | J | | private placement |
| | | | | | partial sell | 11/15 | M | | private placement |
| | | | | | partial buy | 11/21 | L | | private placement |
| Seminole | A | int/div | M | U(2) | buy | 10/6 | M | | private placement |
| SJKI-Common | | None | N | T | | | | | |
| SRE Properties, LP | | (2) | L | U(2) | partial sell | 3/31 | M | | private placement |
| | | | | | partial sell | 8/31 | J | | private placement |
| | | (2) | P | U(2) | partial sell | 3/15 | M | | private placement |
| | | | | | partial sell | 5/10 | M | | private placement |
| | | | | | partial sell | 11/29 | M | | private placement |
| | | | | | partial sell | 12/7 | K | | private placement |
| | | (2) | N | U(2) | partial sell | 12/31 | K | | private placement |
| | | (2) | K | U(2) | partial buy | 7/20 | J | | private placement |
| | | | | | partial buy | 11/15 | J | | private placement |
| | | | | | partial sell | 12/31 | J | | private placement |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 34.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2007 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ▉▉▉▉▉ | | (2) | P | U(2) | partial sell | 12/31 | J | | private placement |
| ▉▉▉▉▉ | | (2) | J | U(2) | partial buy | 1/10 | J | | private placement |
| | | | | | partial buy | 6/13 | J | | private placement |
| | | | | | partial sell | 12/31 | J | | private placement |
| ▉▉▉▉▉ | | (2) | M | U(2) | partial buy | 7/20 | L | | private placement |
| | | | | | partial buy | 11/15 | J | | private placement |
| | | | | | partial sell | 12/31 | J | | private placement |
| Sternhill Affiliates I, LP | | (2) | J | U(2) | partial buy | 5/19 | J | | private placement |
| | | | | | partial buy | 12/19 | J | | private placement |
| Sternhill Partners I, LP | | (2) | N | U(2) | partial buy | 5/19 | J | | private placement |
| | | | | | partial buy | 12/19 | J | | private placement |
| STR-Common | C | div | M | T | partial sell | 10/26 | M | F | |
| CapStreet II, LP | | (2) | N | U(2) | partial buy | 6/30 | J | | private placement |
| | | | | | partial buy | 7/13 | J | | private placement |
| | | | | | partial sell | 10/2 | J | | private placement |
| | | | | | partial sell | 10/1 | K | | private placement |
| CapStreet Parallel II, LP | | (2) | N | U(2) | partial buy | 6/30 | J | | private placement |
| | | | | | partial buy | 7/13 | J | | private placement |
| | | | | | partial sell | 10/2 | J | | private placement |
| | | | | | partial sell | 10/1 | K | | private placement |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 34.

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee H. Rosenthal | 5/15/2007 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Summit/Travis Partners, L.P. | | None | | | escrow release | 5/16 | J | | private placement |
| Texas Commerce Bank-Checking, Houston, TX | A | int | K | T | | | | | |
| Texas Commerce Bank-Checking, Houston, TX-S | A | int | J | T | | | | | |
| TROW-Common | C | div | M | T | partial sell | 10/26 | L | F | |
| UPS-Common | C | div | | | sell | 10/26 | M | F | |
| VWNAX-Mutual Fund | G | div/int | P1 | T | | | | | |
| VMSXX-Mutual Fund | G | div/int | P1 | T | | | | | |
| VEYSX-Mutual Fund | A | div/int | M | T | | | | | |
| VFIAX-Mutual Fund | D | div/int | | | sell | 11/22 | O | | |
| VPADX-Mutual Fund | E | div/int | O | T | | | | | |
| VTCLX-Mutual Fund | E | div/int | P1 | T | | | | | |
| Certain LLC 1/18 | | (2) | J | U(2) | | | | | |
| Certain Limited Partners 1/39 | | (2) | J | U(2) | partial sell | 1/3 | J | | private placement |
| | | | | | partial buy | 1/4 | J | | private placement |
| | | | | | partial buy | 1/30 | J | | private placement |
| | | | | | partial sell | 2/9 | J | | private placement |
| | | | | | partial sell | 2/28 | J | | private placement |
| | | | | | partial buy | 3/14 | J | | private placement |
| | | | | | partial buy | 4/5 | J | | private placement |
| | | | | | partial sell | 4/6 | J | | private placement |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 34.

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee H. Rosenthal | 5/15/2007 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | partial sell | 4/26 | J | | private placement |
| | | | | | partial buy | 4/28 | J | | private placement |
| | | | | | partial buy | 5/22 | J | | private placement |
| | | | | | partial sell | 6/8 | J | | private placement |
| | | | | | partial buy | 6/20 | J | | private placement |
| | | | | | partial sell | 6/26 | J | | private placement |
| | | | | | partial buy | 7/20 | J | | private placement |
| | | | | | partial sell | 8/7 | J | | private placement |
| | | | | | partial buy | 8/14 | J | | private placement |
| | | | | | partial sell | 9/5 | J | | private placement |
| | | | | | partial buy | 9/18 | J | | private placement |
| | | | | | partial sell | 10/5 | J | | private placement |
| | | | | | partial buy | 10/27 | J | | private placement |
| | | | | | partial sell | 11/17 | J | | private placement |
| | | | | | partial buy | 11/21 | J | | private placement |
| | | | | | partial sell | 12/4 | J | | private placement |
| | | | | | partial buy | 12/15 | J | | private placement |
| Certain Limited Partners 2/54 | | (2) | N | U(2) | partial sell | 1/4 | L | | private placement |
| | | | | | partial buy | 7/11 | L | | private placement |
| | | | | | partial buy | 8/23 | L | | private placement |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 34.

FINANCIAL DISCLOSURE REPORT (cont'd)

VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | partial buy | 10/20 | L | | private placement |
| Certain LLC 2/54 | | (2) | J | U(2) | | | | | |
| ████ Pension Plan | | | (1) | | | | | | |
| *IRA #1 (3)* | G | div/int | P1 | T/U | | | | | |
| US Treasury Zero% Obligations | | | | | | | | | |
| Merrill Lynch Reserves | | | | | closed | 10/9 | L | | |
| Goldman Sachs Bank | | | | | opened | 10/9 | L | | |
| VUSXX-Mutual Fund | | | | | exchange | 12/21 | O | | exchanged to VWIAX |
| VWIAX-Mutual Fund | | | | | exchange | 12/21 | O | | exchanged from VUSXX |
| *IRA #2 (3)* | G | div/int | P2 | T/U | | | | | |
| US Treasury Zero% Obligations | | | | | | | | | |
| Merrill Lynch Reserves | | | | | closed | 10/9 | N | | |
| Goldman Sachs Bank | | | | | opened | 10/9 | N | | |
| Ardelon Investments Ltd., L.P. | | | | | sell | 6/22 | P1 | | private placement |
| Hawkins Investment Partnership, L.P. | | | | | buy | 6/22 | P1 | | private placement |
| Doane Pet Care Warrants | | | | | escrow release | 5/16 | J | | private placement |
| GPC-Common | | | | | sell | 7/21 | K | | |
| SJKI-Common | | | | | | | | | |
| US Treas 7.25% due 5/15/16 | | | | | | | | | |
| US Treas 6.125% due 8/15/07 | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 34.

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee H. Rosenthal | 5/15/2007 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| US Treas 6.25% due 2/15/07 | | | | | | | | | |
| VWNAX-Mutual Fund | | | | | | | | | |
| *IRA #2 (3)* | C | div/int | O | T | | | | | |
| VWNFX-Mutual Fund | | | | | | | | | |
| *Foundation* | | | | | | | | | |
| Merrill Lynch Cash Reserves | D | int | M | T | | | | | |
| ABT-Common | | None | M | T | gift | 12/21 | M | | gift from filer █████ |
| C-Common | | None | N | T | gift | 12/21 | N | | gift from filer █████ |
| HOS-Common | | None | K | T | gift | 12/21 | K | | gift from filer █████ |
| KO-Common | | None | | | sell | 1/18 | M | | |
| OIS-Common | | None | O | T | partial sell | 9/7 | K | | |
| | | | | | gift | 12/21 | N | | gift from filer █████ |
| PG-Common | B | div | | | sell | 11/27 | | | |
| LUV-Common | A | div | N | T | sell | 11/27 | L | | |
| | | | | | gift | 12/21 | N | | gift from filer █████ |
| ZION-Common | B | div | | | sell | 11/27 | L | | |
| VWNAX-Mutual Fund | E | div/int | N | T | | | | | |
| VUSXX-Mutual Fund | A | div/int | J | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 34.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2007 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| *Vanguard Charitable Endowment Program* | | | | | | | | | |
| Growth Pool | | None | M | T | | | | | |
| ▆▆▆▆▆ *#F Trust* | | None | N | V | | | | | |
| *Filer's and Filer's* ▆▆▆▆▆ *are the beneficiaries (3).* | | | | | | | | | |
| - John Hancock Variable Life Policy (formerly Manufacturers Life) | | | | | | | | | |
| - ING/Security Life Joint Survivor Whole Life Policy:VIF-Core Equity | | | | | | | | | |
| - Prudential Joint Whole Life Policy: Pru-Common | | | | | | | | | |
| ▆▆▆▆▆ *#89 Trust* | G | div/int/royalt y/distr | P2 | T/U | | | | | |
| *Filer's and Filer's* ▆▆▆▆▆ *are the beneficiaries (3).* | | | | | | | | | |
| - New AXIA Holdings, Inc. | | | | | escrow release | (2) | J | | private placement |
| - ADViSYS-Common | | | | | | | | | |
| - AIF V Private Investors LLC | | | | | partial buy | 2/16 | K | | private placement |
| | | | | | partial sell | 2/17 | J | | private placement |
| | | | | | partial sell | 3/16 | J | | private placement |
| | | | | | partial sell | 4/4 | J | | private placement |
| | | | | | partial sell | 4/19 | J | | private placement |
| | | | | | partial sell | 5/5 | J | | private placement |

1  Income/Gain Codes:  A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more
2  Value Codes:  J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3  Value Method Codes:  Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 34.

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee H. Rosenthal | 5/15/2007 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | partial sell | 6/6 | J | | private placement |
| | | | | | partial buy | 6/8 | J | | private placement |
| | | | | | partial buy | 7/7 | J | | private placement |
| | | | | | partial sell | 11/14 | J | | private placement |
| | | | | | partial sell | 11/20 | J | | private placement |
| | | | | | partial sell | 12/6 | J | | private placement |
| - AIF VI Private Investors LLC | | | | | buy | 8/25 | K | | private placement |
| | | | | | partial buy | 12/6 | J | | private placement |
| | | | | | partial buy | 12/6 | K | | private placement |
| | | | | | partial buy | 12/6 | J | | private placement |
| | | | | | partial buy | 12/6 | K | | private placement |
| - Atlantic Trust Company, N.A. | | | | | open | 10/20 | J | | private placement |
| - Avalon Advisors, L.P. | | | | | partial sell | 3/30 | J | | private placement |
| - Carbon Nanotechnologies, Inc. | | | | | | | | | |
| - CD&R Fund VII Private Investors, LLC | | | | | buy | 1/19 | L | | private placement |
| | | | | | partial sell | 4/18 | J | | private placement |
| | | | | | partial sell | 7/5 | K | | private placement |
| | | | | | partial buy | 11/6 | L | | private placement |
| | | | | | partial sell | 11/30 | J | | private placement |
| - KO-Common | | | | | | | | | |
| - DPC Acquisition Corp. | | | | | escrow release | 5/16 | J | | private placement |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 34.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2007 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | escrow release | 7/13 | K | | |
| - Dresser, Inc.-Common | | | | | | | | | |
| - EDP I, LP | | | | | partial buy | 2/28 | | | private placement |
| | | | | | partial sell | 3/24 | | | private placement |
| | | | | | partial buy | 5/22 | | | private placement |
| | | | | | partial buy | 9/28 | | | private placement |
| | | | | | partial buy | 11/16 | | | private placement |
| - Emerald Cambridge LLC | | | | | | | | | |
| - Emerald Marina Cove LLC | | | | | partial sell | 5/31 | K | | private placement |
| - Emerald Marina Shores LLC | | | | | | | | | |
| - Energy Capital Investors Fund, LLC | | | | | buy | 10/20 | K | | private placement |
| - Exopack | | | | | escrow release | 3/10 | J | | private placement |
| | | | | | escrow release | 3/27 | K | | private placement |
| - FNM-Common | | | | | sell | 4/17 | L | E | |
| - GE-Common | | | | | | | | | |
| - Goldman Sachs Acct #1 | | | | | open acct | 10/31 | J | | |
| - Goldman Sachs Acct #2 | | | | | open acct | 10/31 | J | | |
| - GPC-Common | | | | | sell | 7/21 | M | F | |
| - Hawkins Investment Partnership, L.P. | | | | | | | | | |
| - HMTF Fund IV | | | | | partial sell | 3/27 | J | | private placement |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 34.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2007 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | partial sell | 7/7 | J | | private placement |
| | | | | | partial sell | 10/11 | J | | private placement |
| | | | | | partial sell | 10/29 | J | | private placement |
| - HMTF Europe Private Fund | | | | | partial sell | 1/6 | J | | private placement |
| | | | | | partial sell | 3/15 | K | | private placement |
| | | | | | partial sell | 6/29 | J | | private placement |
| | | | | | partial sell | 9/26 | J | | private placement |
| - HOS-Common | | | | | buy | 11/30 | M | | distribution from SCF IV |
| - JNJ-Common | | | | | | | | | |
| - JPMorgan Chase Investment Account | X | | | | | | | | |
| - Merrill Lynch Reserves | | | | | | | | | |
| - Neffis Holdings, Inc. | | | | | | | | | |
| - OIS-Common | | | | | buy | 12/8 | M | | distribution from SCF IV |
| | | | | | partial buy | 12/8 | M | | distribution from SCF IV |
| - PEP-Common | | | | | | | | | |
| - PG-Common | | | | | sell | 4/17 | K | E | |
| - Platform Partners LLC | | | | | buy | 12/5 | L | | private placement |
| - SCF-IV-3I, L.P. | | | | | partial sell | 1/9 | J | | private placement |
| | | | | | partial sell | 3/8 | J | | private placement |
| | | | | | partial sell | 4/25 | M | | private placement |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
  H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
  P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 34.

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2007 |

VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy,sell merger, redemp- tion) | (2) Date: Month- Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | partial sell | 5/5 | L | | private placement |
| | | | | | partial sell | 5/15 | K | | private placement |
| | | | | | partial sell | 11/30 | K | | private placement |
| | | | | | partial sell | 12/8 | J | | private placement |
| - SCF Management Partners, Ltd. | | | | | partial sell | 3/8 | J | | private placement |
| | | | | | partial sell | 3/16 | K | | private placement |
| | | | | | partial sell | 4/12 | J | | private placement |
| | | | | | partial sell | 12/7 | J | | private placement |
| | | | | | partial sell | 12/8 | J | | private placement |
| - SCF V, L.P. | | | | | partial buy | 1/18 | J | | private placement |
| | | | | | partial sell | 3/1 | J | | private placement |
| | | | | | partial buy | 4/5 | J | | private placement |
| | | | | | partial sell | 6/27 | J | | private placement |
| | | | | | partial buy | 7/13 | J | | private placement |
| | | | | | partial buy | 8/2 | J | | private placement |
| | | | | | partial sell | 11/6 | L | | private placement |
| - SCF VI, L.P. | | | | | partial buy | 1/18 | J | | private placement |
| | | | | | partial buy | 3/1 | J | | private placement |
| | | | | | partial buy | 3/16 | J | | private placement |
| | | | | | partial buy | 4/5 | J | | private placement |
| | | | | | partial buy | 7/13 | J | | private placement |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 34.

27

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee H. Rosenthal | 5/15/2007 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | partial buy | 10/9 | J | | private placement |
| | | | | | partial buy | 10/17 | J | | private placement |
| | | | | | partial sell | 11/15 | L | | private placement |
| | | | | | partial buy | 11/21 | K | | private placement |
| - Seminole | | | | | buy | 10/6 | M | | private placement |
| - ▓▓▓▓▓▓▓▓▓ | | | | | partial sell | 3/15 | J | | private placement |
| | | | | | partial sell | 5/10 | K | | private placement |
| | | | | | partial sell | 11/29 | L | | private placement |
| | | | | | partial sell | 12/7 | J | | private placement |
| - Sternhill Partners I, LP | | | | | partial buy | 5/19 | J | | private placement |
| | | | | | partial buy | 12/19 | J | | private placement |
| - Sternhill Affiliates I, LP | | | | | partial buy | 5/19 | J | | private placement |
| | | | | | partial buy | 12/19 | J | | private placement |
| - SJKI-Common | | | | | | | | | |
| - SRE Properties, LP | | | | | partial sell | 3/31 | J | | private placement |
| | | | | | partial sell | 8/31 | J | | private placement |
| - Summit/Travis Partners, L.P. | | | | | escrow release | 5/16 | J | | private placement |
| - CapStreet II, LP | | | | | partial buy | 6/30 | J | | private placement |
| | | | | | partial buy | 7/13 | J | | private placement |
| | | | | | partial sell | 10/2 | J | | private placement |

1  Income/Gain Codes:  A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
   H2=$5,000,001 or more
2  Value Codes:  J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
   P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3  Value Method Codes:  Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 34.

# FINANCIAL DISCLOSURE REPORT (cont'd)

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| - CapStreet Parallel II, LP | | | | | partial sell | 10/1 | K | | private placement |
| | | | | | partial buy | 6/30 | J | | private placement |
| | | | | | partial buy | 7/13 | J | | private placement |
| | | | | | partial sell | 10/2 | J | | private placement |
| | | | | | partial sell | 10/1 | K | | private placement |
| - Certain Limited Partners 1/39 | | | | | partial sell | 1/3 | J | | private placement |
| | | | | | partial buy | 1/4 | J | | private placement |
| | | | | | partial buy | 1/30 | J | | private placement |
| | | | | | partial sell | 2/9 | J | | private placement |
| | | | | | partial sell | 2/28 | J | | private placement |
| | | | | | partial buy | 3/14 | J | | private placement |
| | | | | | partial buy | 4/5 | J | | private placement |
| | | | | | partial sell | 4/6 | J | | private placement |
| | | | | | partial sell | 4/26 | J | | private placement |
| | | | | | partial buy | 4/28 | J | | private placement |
| | | | | | partial buy | 5/22 | J | | private placement |
| | | | | | partial sell | 6/8 | J | | private placement |
| | | | | | partial buy | 6/20 | J | | private placement |
| | | | | | partial sell | 6/26 | J | | private placement |
| | | | | | partial buy | 7/20 | J | | private placement |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 34.

29

FINANCIAL DISCLOSURE REPORT (cont'd)

VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | partial sell | 8/7 | J | | private placement |
| | | | | | partial buy | 8/14 | J | | private placement |
| | | | | | partial sell | 9/5 | J | | private placement |
| | | | | | partial buy | 9/18 | J | | private placement |
| | | | | | partial sell | 10/5 | J | | private placement |
| | | | | | partial buy | 10/27 | J | | private placement |
| | | | | | partial sell | 11/17 | J | | private placement |
| | | | | | partial buy | 11/21 | J | | private placement |
| | | | | | partial sell | 12/4 | J | | private placement |
| | | | | | partial buy | 12/15 | J | | private placement |
| - Certain Limited Partners 2/54 | | | | | partial sell | 1/4 | L | | private placement |
| | | | | | partial buy | 7/11 | L | | private placement |
| | | | | | partial buy | 8/23 | L | | private placement |
| | | | | | partial buy | 10/20 | L | | private placement |
| - VUSXX-Mutual Fund | | | | | | | | | |
| - VTGLX-Mutual Fund | | | | | | | | | |
| - VWNAX-Mutual Fund | | | | | | | | | |
| - VTCLX-Mutual Fund | | | | | | | | | |
| - VMSWW-Mutual Fund | | | | | | | | | |
| - VGTSX-Mutual Fund | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 34.

30

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee H. Rosenthal | 5/15/2007 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| - Zion-Common | | | | | | | | | |
| ▓▓▓ #88-1 Trust ▓▓▓ the beneficiary (3). | D | div/int | N | T | | | | | |
| - Merrill Lynch Reserves | | | | | closed | 10/9 | K | | |
| - Goldman Sachs Bank | | | | | opened | 10/9 | K | | |
| - VTCLX-Mutual Fund | | | | | | | | | |
| - VUSXX-Mutual Fund | | | | | | | | | |
| - VWNFX-Mutual Fund | | | | | | | | | |
| ▓▓▓ #88-2 Trust ▓▓▓ the beneficiary (3). | E | div/int | O | T | | | | | |
| - Merrill Lynch Reserves | | | | | closed | 10/9 | K | | |
| - Goldman Sachs Bank | | | | | opened | 10/9 | K | | |
| - VTCLX-Mutual Fund | | | | | | | | | |
| - VUSXX-Mutual Fund | | | | | | | | | |
| - VWNAX-Mutual Fund | | | | | | | | | |
| ▓▓▓ #85 Trust ▓▓▓ beneficiary (3). | E | div/int | P1 | T | | | | | |
| - ABT-Common | | | | | | | | | |
| - CVX-Common | | | | | | | | | |
| - KO-Common | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 34.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2007 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| - Merrill Lynch Reserves | | | | | | | | | |
| - Goldman Sachs Bank | | | | | | | | | |
| - Midway, TX 5.55% due 05/01/07 | | | | | | | | | |
| - PEP-Common | | | | | | | | | |
| - PG-Common | | | | | | | | | |
| - RD-Common | | | | | | | | | |
| - VTCLX-Mutual Fund | | | | | | | | | |
| - VTGIX-Mutual Fund | | | | | | | | | |
| - VUSXX-Mutual Fund | | | | | partial sell | 12/21 | M | | |
| | | | | | partial sell | 12/21 | L | | |
| | | | | | partial sell | 12/21 | K | | |
| - VWNFX-Mutual Fund | | | | | exchanged | 5/19 | L | | exchanged to VWNAX |
| - VWNAX-Mutual Fund | | | | | exchanged | 5/19 | L | | exchanged from VSNFX |
| - VEIEX-Mutual Fund | | | | | buy | 12/21 | K | | |
| - VEUSX-Mutual Fund | | | | | buy | 12/21 | M | | |
| - VPACX-Mutual Fund | | | | | buy | 12/21 | L | | |
| *U.S. Savings Bonds*  | None | M | | T | | | | | |
| *UTMA Accounts* | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 34.

FINANCIAL DISCLOSURE REPORT (cont'd)

VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure. | B.<br>Income<br>during<br>reporting<br>period | | C.<br>Gross value<br>at end of<br>reporting<br>period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br><br><br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br><br><br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy,sell<br>merger,<br>redemp-<br>tion) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| VUSXX-Mutual Fund | D | div/int | M | T | | | | | |
| VUSXX-Mutual Fund | C | div/int | L | T | | | | | |
| VUSXX-Mutual Fund | B | div/int | K | T | | | | | |
| VUSXX-Mutual Fund | B | div/int | K | T | | | | | |
| VWSTX-Mutual Fund | B | div/int | L | T | | | | | |
| VWSTX-Mutual Fund | B | div/int | L | T | | | | | |
| Merrill Lynch Reserves | D | int | | | closed | 10/9 | K | | |
| Goldman Sachs Bank | A | int | K | T | opened | 10/9 | K | | |
| Merrill Lynch Reserves | B | int | | | closed | 10/9 | L | | |
| Goldman Sachs Bank | A | int | L | T | opened | 10/9 | L | | |
| Merrill Lynch Reserves | C | int | | | closed | 10/9 | L | | |
| Goldman Sachs Bank | A | int | L | T | opened | 10/9 | L | | |
| Merrill Lynch Reserves | B | int | | | closed | 10/9 | L | | |
| Goldman Sachs Bank | A | int | L | T | opened | 10/9 | L | | |

1  Income/Gain Codes:  A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
   H2=$5,000,001 or more
2  Value Codes:  J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
   P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3  Value Method Codes:  Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 34.

(1)     Represents right of ████to receive pension of $255/month commencing at age 65.

(2)     Private companies and private common investment partnerships ("Partnership"). For private companies, valuation is based on net book value. For Partnerships, valuation is based on capital account as set forth on form K-1 and net income (to the extent distributed) is reflected in distributions under column D(3) and not in Column B. For Partnerships, the amounts shown in Column D(3) are the net amount of contributions ("buy") and distributions ("sell") for the dates indicated.

(3)     Amounts indicated are aggregate net amounts for entire beneficial interest of trust or IRA.

(4)     U.S. Savings Bonds are valued at stated face value of bonds.

(5)     Purchase and sale price of regular interest paying bonds excludes accrued interest. Interest income on regular interest paying bonds includes accrued interest bought or sold. Gain indicated on redeemed bonds represents only the redemption amount (and premium, if any) in excess of principal amount. Bond premium paid at purchase is assumed to be fully amortized for purposes of calculating gain or loss on sale, redemption or maturity on regular interest paying bond.

(6)     No interest income is included in Interest Income Column B(1) on zero coupon bonds. Total to date accreted interest for zero coupon bonds is included in Value Column C(1). On maturity of zero coupon bonds, total accreted interest is included in Value Column D(3) and Gain Column D(4). On maturity or sale of zero coupon bonds, Value Column D(3) is the maturity value or sales price and Gain Column D(4) reflects the difference between the maturity value or sales price and the original cost.

(7)     All mutual fund reinvested dividends, interest and capital gains are not separately shown as new purchases, but are included in the end of period (ColumnC(2)) values. All unreinvested distributions from mutual funds (dividends, interest and capital gains) are included in Column B(1).

(8)     Municipal and U.S. Treasury bond values reflected in Value Column C(2) are based on market value.

(9)     No transaction value or gain or loss is reported on non-taxable exchanges of one security for another of spin-offs or securities or stock dividends. Such gain is reported when the new security is sold. The value of such security received is included in the Column C(1) Gross Value.

(10)    ████ received ████for compensation. Vested options are valued at spread between (1) exercise price and (2) market value in the case of publicly traded

34

securities or exercise price in the case of nonpublic securities. Unvested options are given no value. Restricted stock is not valued during restriction period. After restrictions lapse, restricted stock is reflected as owned shares.

(11)   Oil and Gas royalties – value not known to filer.

(12)   Private company – value not known to filer.

(13)   K-1 not available at time of filing.

| Name of Person Reporting | Date of Report |
| --- | --- |
| ROSENTHAL, LEE H | 05/15/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

IV. REIMBURSEMENTS (CONT'D)

11/15-16/2006:  Georgetown Law Center, Washington, DC, Hotel, Airfare & Ground Transportation

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H | 05/15/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date___6/29/07___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544